UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:07CV-617-H

JULIAN GENE SHARP                                                                          PLAINTIFF

V.

GENERAL PARTS, INC.                                                                      DEFENDANT

**MEMORANDUM AND ORDER**

This case is before the Court on several motions. The Court will consider the pending issues in context of Defendant's motion to modify the order of remand which this Court issued on February 14, 2008.

The Court has met with the parties and has thoroughly discussed all the issues relevant to the current jurisdictional confusion. The Court concludes that Defendant was not required to initially assert fraudulent joinder as basis for removal on diversity grounds. However, by the time this Court considered Plaintiff's motion to remand, the parties had agreed to voluntarily dismiss a non-diverse party. At that point, Defendant's amended notice of removal on diversity grounds was appropriate for consideration. Had the Court considered that motion, it would have denied the motion to remand. Unfortunately, the Court overlooked both the voluntary dismissal and the subsequent motion.

Despite the confusion, the Court must now conclude that Defendant has properly and timely removed this case on diversity grounds. This Court's February 14, 2008, order, therefore, should be amended to reflect the proper result.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that this Court's order dated February 14, 2008, is AMENDED to reflect the denial of Plaintiff's motion to remand. Consequently, this case remains in federal court on the grounds of diversity jurisdiction. All other pending motions are MOOT. The case shall be reopened on the Court's docket upon entry of this order.

cc:     Counsel of Record & Jefferson Circuit Court